```
              UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF RHODE ISLAND
```

In re:

    CRISTIAN PINALES                        BK-09-10794
        Debtor(s)                          CHAPTER 13

### NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee filed Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor: Bank of America, N.A.
Trustee Claim #: 3
Last 4 digits of any number used to identify
   the Debtor's account: 5462

Final Cure Amount:

    Amount of Allowed Pre-petition Arrearage: $9,007.97
    Amount Paid by Trustee:                 $9,007.97

Monthly Ongoing Mortgage Payment is Paid:

    __ Through the Chapter 13 Trustee conduit
    X  Directly by the Debtor

Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Bankruptcy Code§1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: June 19, 2012        Respectfully submitted,


                                /s/John Boyajian
                                John Boyajian, Trustee
                                Boyajian, Harrington & Richardson
                                182 Waterman Street
                                Providence, RI 02906
                                Tel:(401) 273-9600
                                Fax:(401) 273-9605

CERTIFICATION

I hereby certify that a copy of the within Notice was mailed, postage prepaid, to Cristian Pinales, 34 Warrington St., Providence, RI 02907; Bank of America, 475 CrossPoint Parkway, Getzville, NY 14068; Joe Lozano, Esq., PO Box 829009, Dallas, TX 75382 and electronically mailed to John Ennis, Esq. at jbelaw@aol.com on June 19, 2012.

/s/ Martha Hunt