UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:

    CRISTIAN PINALES                    BK-09-10794
        Debtor(s)

## NOTICE OF CHAPTER 13 PLAN COMPLETION

The Chapter 13 trustee hereby certifies that the debtor has completed all payments under the confirmed Chapter 13 plan.

The debtor is not entitled to a discharge unless after filing a petition the debtor completes an instructional course concerning personal finance management as described in 11 U.S.C. §111.

    /s/John Boyajian
    John Boyajian
    Boyajian, Harrington, Richardson & Furness
    182 Waterman Street
    Providence, RI 02906
    Tel:(401)273-9600
    Fax:(401)273-9605

## CERTIFICATION

I hereby certify that a copy of the within Notice of Chapter 13 Completion was mailed, postage prepaid, to Cristian Pinales, 34 Warrington St., Providence, RI 02907 and electronically mailed to John Ennis, Esq. at jbelaw@aol.com and Office of the U.S. Trustee at ustpregion01.pr.ecf@usdoj.gov on September 6, 2012.

    /s/Martha Hunt