UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:      CRISTIAN PINALES              BK NO.: 1:09-bk-10794
            Debtor

### RESPONSE TO TRUSTEE'S REPORT

I, CRISTIAN PINALES, state the following:

1. I have two children.

2. I voluntarily support them by giving money to their mother each week.

3. I have no Court Order for child support for my children. I have never had a child support Court Order for my children. These payments are made voluntarily, without regard to any Court Order. I do not owe her any past payments.

4. I have no domestic support obligation. I pay my children's mother weekly for their support and do not have any debt for child support payments.

5. I am filing this response to clarify the record to explain why I have no domestic support obligations as referenced in my filing Form B283 in this case.

October 24, 2012

_____
CRISTIAN PINALES

## CERTIFICATION

I hereby certify that I forwarded a copy of the above Response to Trustee's Report to the following by either electronic filing or by regular mail, postage prepaid on this 24th day of October, 2012:

John Boyajian, Esq.
182 Waterman Street
Providence, RI 02906

Office of the U.S. Trustee
10 Dorrance Street
Room 519
Providence, RI 02903

/s/ John B. Ennis, Esq.